UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SANTO LANZAFAME, et al.

                Plaintiffs,      04 Civ. 1714 (JGK)

    - against -                ORDER

TWIN RESTORATIONS, INC., et al.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    The Order to Show Cause for Default Judgment against the defendant Michael Amoroso is **DENIED** as moot.

SO ORDERED.

Dated: New York, New York
       September 15, 2005

                                          John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/05